DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FREDERICK RUTHERFORD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1959

[October 24, 2019]

Appeal of order denying 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 502003CF006439AXXXMB.

Frederick Rutherford, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***